IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COREY GRIFFIN, #187418, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 2:09-cv-207-TMH |
| | ) |
| LOUIS BOYD, WARDEN, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. #18) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation (Doc. #18) of the Magistrate Judge is ADOPTED and, for the reasons stated by the Magistrate Judge, the petition for writ of habeas corpus is DENIED. It is further

ORDERED that this case is DISMISSED with prejudice.

A separate judgment shall issue.

Done this 24th day of March, 2011.

/s/ Truman M. Hobbs

UNITED STATES DISTRICT JUDGE